THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BARRY JACOBS and JOHN DALE GREEN, Appellants.

Argued November 18, 1953; decided January 15, 1954.

*J. Bertram Wegman, Richard J. Burke* and *Myron L. Shapiro* for Barry Jacobs, appellant.

*Matthew H. Brandenburg* for John Dale Green, appellant.

*George B. De Luca, District Attorney* (*George Tilzer, John B. Lee, Francis X. O'Brien* and *Milton Altschuler* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. [See 306 N. Y. 758.]